IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edmund W. Lee and Donna A. Lee,<br>   Debtors<br>Donna L. Lee<br>   Movants<br>   vs.<br>Att: Payroll<br>Pitt Ohio Express, LLC<br>15 27th Street<br>Pittsburgh, PA 15222<br>Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Bankruptcy No. **16-23958 CMB**<br>      Chapter 13<br><br>      Related to: Document No. 64 |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan:
**Att: Payroll
Pitt Ohio Express, LLC
15 27th Street
Pittsburgh, PA 15222**
Shall deduct from that income the sum of **$1,036 dollars per month (which may be deducted weekly at the rate of $240 per week)** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deductible sums ON AT LEAST A MONTHLY BASIS to:
Ronda J. Winnecour
Chapter 13 Trustee, W.D. PA
POB 84051
Chicago, IL 60689-4002
**IT IS FURTHER ORDERED** that the above-named entity notify the Trustee if the Debtor's income is terminated and the reason therefor.**IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor=s full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.**IT IS FURTHER ORDERED** THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF Debtor WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.
**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administrations of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: December 30, 2020

*Carlota M. Böhm*     glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/30/20 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-23958-CMB
Edmund W. Lee Chapter 13
Donna L. Lee
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2
Date Rcvd: Dec 30, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Donna L. Lee, 727 Walbridge Street, Pittsburgh, PA 15220-5129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: dearly@pittohio.com | Dec 31 2020 01:57:49 | Pitt Ohio Express, LLC, Attn: Payroll, 15 27th Street, Pittsburgh, PA 15222-4729 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com

Mary Bower Sheats
    on behalf of Debtor Edmund W. Lee Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
    on behalf of Joint Debtor Donna L. Lee Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Firstmerit Bank N.A  S/B/M To First Federal Etal pawb@fedphe.com

TOTAL: 10