**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/16/2021

IN RE:

EDMUND W. LEE
DONNA L. LEE
727 WALBRIDGE STREET
PITTSBURGH,  PA  15220
XXX-XX-6992          Debtor(s)

XXX-XX-8056

Case No.16-23958 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/16/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST MERIT BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1414/PRAE |
| **FIRSTMERIT BANK NA**<br>C/O PNC MORTGAGE - DIV PNC BNK NA<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 0.00<br>COMMENT: PMT@PNC MTG/DECL*DKT4PMT-LMT*AMD*BGN 11/16*LATE CLM | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3140 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,768.25<br>COMMENT: CL1 GOV*1,894/PL~2015 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6992 |
| **ASSET MANAGEMENT/ASSETCARE**<br>6400 ATLANTIC BLVD<br>JACKSONVILLE, FL  32211 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1951 |
| **CAPIO PARTNERS LLC**<br>2222 TEXOMA PKWY STE 150<br>SHERMAN, TX  75090 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1427 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9003 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9002 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **FIRST MERIT BANK**<br>295 FIRST MERIT CIRCLE<br>AKRON, OH 44307 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PNC~NCB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3140 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MED EXPRESS BILLING**<br>POB 719<br>DELLSLOW, WV 26531 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 15C9 |
| **OHIO VALLEY HOSPITAL**<br>PO BOX 72584<br>CLEVELAND, OH 44192 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6392 |
| **PENN CREDIT CORP**<br>2800 COMMERCE DR<br>HARRISBURG, PA 17110 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENN CREDIT CORP**<br>2800 COMMERCE DR<br>HARRISBURG, PA 17110 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OH VLLY GNRL HSPTL/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1234 |
| **PNC MORTGAGE**<br>PO BOX 8807<br>DAYTON, OH 45401 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RECEIVABLES OUTSOURCING LLC**<br>PO BOX 62850<br>BALTIMORE, MD 21264-2850 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6091 |
| **QMC COLLECTION DEPARTMENT**<br>POB 18210<br>PITTSBURGH, PA 15236 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RENNERDAL VFD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MB/ROI**<br>PO BOX 62850<br><br>BALTIMORE, MD 21264 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MB/ROI**<br>PO BOX 62850<br><br>BALTIMORE, MD 21264 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MB/ROI**<br>PO BOX 62850<br><br>BALTIMORE, MD 21264 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC MERCY**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 211.26<br>COMMENT: 6082/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6992 |
| **MB/ROI**<br>PO BOX 62850<br><br>BALTIMORE, MD 21264 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MB/ROI**<br>PO BOX 62850<br><br>BALTIMORE, MD 21264 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTH HILLS RADIOLOGY ASSOC(\*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2091 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2484 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4844 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4189 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4189 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1209 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2098 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8014 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA  19034-2707 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1966 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA  19034-2707 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3076 |
| **UPP-UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>QUANTUM ONE 2ND FL<br>STE 257<br>PITTSBURGH, PA  15203 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NT ADR~ROI/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC PRESBYTERIAN SHADYSIDE HOSPITAL**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,279.04<br>COMMENT:  ZWCJ/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6992 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  LXCW |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  BZFD | CLAIM:  0.00<br>COMMENT: |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6992 | CLAIM:  432.20<br>COMMENT:  RWVP/SCH |
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:5 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6992 | CLAIM:  299.97<br>COMMENT:  PTGH/SCH |
| **UPMC PRESBYTERIAN HOSPITAL**<br>200 LOTHROP ST<br>PITTSBURGH, PA  15213 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  NO$~NT ADR/SCH*UPMC PRESBYTERIAN SHADYSIDE/SCH |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6992 | CLAIM:  116.75<br>COMMENT:  NO GEN UNS/SCH |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA  15219 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  16-23958-CMB | CLAIM:  310.00<br>COMMENT:  FEES/PL |
| **FIRSTMERIT BANK NA**<br>C/O PNC MORTGAGE - DIV PNC BNK NA<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:7-2 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3140 | CLAIM:  9,475.00<br>COMMENT:  $/PL@PNC MRTG*THRU 10/16*AMD*LATE*ARRS CL BAL@CID 50*DK |
| **PITTSBURGH SD  & CITY OF PITTSBURGH (EIT)***<br>C/O JORDAN TAX SERVICE INC- DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:2-2 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1917 | CLAIM:  959.20<br>COMMENT:  CL2-2GOVS*NT/SCH-PL*2014*AMD |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE |
| **FIRSTMERIT BANK NA**<br>C/O PNC MORTGAGE - DIV PNC BNK NA<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:7-2 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3140 | CLAIM:  2,060.02<br>COMMENT:  $=ARRS CLM BAL IN EXCESS OF PL*LATE CLM*W/47*OK2PAY/ATTY~DK |