IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Edmund W. Lee | : | Case No. 16-23958-CMB |
| Donna L. Lee | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Document No. |
| Edmund W. Lee | : | |
| Donna L. Lee | : | |
| Movants | : | |
| vs. | | |
| No Respondent, | : | |
| Respondent | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 14, 2021, at docket numbers 68 and 69, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by each filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Executed on September 7, 2021

                                            Respectfully submitted,
                                            /s/Mary Bower Sheats
                                            Mary Bower Sheats, Esquire
                                            PA I.D. #27911
                                            1195 Washington Pike, Suite 325
                                            Bridgeville, PA 15017
                                            412-281-7266
                                            Mary@mbsheatslaw.com

**PAWB Local Form 24 (07/13)**