Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edmund W. Lee
Donna L. Lee**
　Debtor(s)

Bankruptcy Case No.: 16−23958−CMB

Chapter: 13
Docket No.: 78 − 77

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

　　**AND NOW,** this The 26th of October, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

　　**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/10/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/25/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

　　**TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

　　In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/10/21.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Bohm
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edmund W. Lee  
Donna L. Lee  
    Debtors

Case No. 16-23958-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3  
Date Rcvd: Oct 26, 2021     Form ID: 408v     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edmund W. Lee, Donna L. Lee, 727 Walbridge Street, Pittsburgh, PA 15220-5129 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14359111 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14323845 | + | Collection Service Center, Inc., 689 N Hermitage Rd, Hermitage, PA 16148-3237 |
| 14323846 | | Collectoin Service Center, 689 N Hermitage Rd, Hermitage, PA 16148-3203 |
| 14323847 | | First Merit Bank NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14641292 | + | FirstMerit Bank, NA, S/B/M to First Federal Saving, PNC Mortgage, a Division of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14323848 | | Francis S. Hallinan, Esq., 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14323849 | | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14323850 | | Ohio Valley Hospital, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14323853 | | PNC Mortgag, PO Box 8807, Dayton, OH 45401-8807 |
| 14323851 | | Penn Credit, PO Box 1259, Oaks, PA 19456-1259 |
| 14323856 | | ROI, PO Box 549, Timonium, MD 21094-0549 |
| 14323854 | | Receivables Outsourceing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14323855 | | Rennerdale Volunteer Fire Dept., C/O QMC Collections Dept., PO Box 18210, Pittsburgh, PA 15236-0210 |
| 14323857 | | South Hlls Radiology Associates, PO Box 49, Pittsburgh, PA 15230-0049 |
| 14323858 | | Transworld Systems, Inc., 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 14379899 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14379889 | | UPMC Mercy, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323864 | | UPMC Presbyterian Shadyside, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14379974 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323859 | | University of Pittsburgh Physicians, PO Box 62850, Baltimore, MD 21264-2850 |
| 14379895 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14323843 | | Email/Text: bnc-capio@quantum3group.com | Oct 26 2021 23:35:00 | AC Assetcare, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14323844 | | Email/Text: bnc-capio@quantum3group.com | Oct 26 2021 23:35:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 14310638 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:35:00 | Internal Revenue Service, 1000 Liberty Ave Rm 713, Pittsburgh, PA 15222-4107 |
| 14310639 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 23:35:00 | PNC Mortgage, Att: B6-YM07-01-5, PO Box 1820, Dayton, OH 45401-1820 |
| 14325402 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 16-23958-CMB    Doc 82    Filed 10/28/21    Entered 10/29/21 00:33:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 408v | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2021 23:47:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14310640 | + | Email/Text: PFS.Analyst@stclair.org | Oct 26 2021 23:36:00 | St. Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |
| 14323861 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2021 23:36:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pgh, PA 15203-2348 |
| 14323862 | | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2021 23:36:00 | UPMC, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |
| 14323860 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2021 23:36:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pittsburgh, PA 15203-2348 |
| 14323863 | | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2021 23:36:00 | UPMC Passavant, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Firstmerit Bank N.A, S/B/M To First Federal Etal |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14323852 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com |
| Mary Bower Sheats | on behalf of Debtor Edmund W. Lee Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Mary Bower Sheats | on behalf of Joint Debtor Donna L. Lee Mary@mbsheatslaw.com |

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 408v | Total Noticed: 34 |

mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com

TOTAL: 10