| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edmund W. Lee** | Social Security number or ITIN  **xxx–xx–6992** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Donna L. Lee** | Social Security number or ITIN  **xxx–xx–8056** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–23958–CMB** | |

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edmund W. Lee                                         Donna L. Lee

12/21/21                                              **By the court:**    Carlota M. Bohm
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edmund W. Lee  
Donna L. Lee  
    Debtors

Case No. 16-23958-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 3  
Date Rcvd: Dec 21, 2021     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edmund W. Lee, Donna L. Lee, 727 Walbridge Street, Pittsburgh, PA 15220-5129 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14359111 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14323845 | + | Collection Service Center, Inc., 689 N Hermitage Rd, Hermitage, PA 16148-3237 |
| 14323846 | | Collectoin Service Center, 689 N Hermitage Rd, Hermitage, PA 16148-3203 |
| 14323847 | | First Merit Bank NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14641292 | + | FirstMerit Bank, NA, S/B/M to First Federal Saving, PNC Mortgage, a Division of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14323848 | | Francis S. Hallinan, Esq., 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14323849 | | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14323850 | | Ohio Valley Hospital, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14323853 | | PNC Mortgag, PO Box 8807, Dayton, OH 45401-8807 |
| 14323851 | | Penn Credit, PO Box 1259, Oaks, PA 19456-1259 |
| 14323856 | | ROI, PO Box 549, Timonium, MD 21094-0549 |
| 14323854 | | Receivables Outsourceing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14323855 | | Rennerdale Volunteer Fire Dept., C/O QMC Collections Dept., PO Box 18210, Pittsburgh, PA 15236-0210 |
| 14323857 | | South Hlls Radiology Associates, PO Box 49, Pittsburgh, PA 15230-0049 |
| 14323858 | | Transworld Systems, Inc., 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 14379899 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14379889 | | UPMC Mercy, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323864 | | UPMC Presbyterian Shadyside, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14379974 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323859 | | University of Pittsburgh Physicians, PO Box 62850, Baltimore, MD 21264-2850 |
| 14379895 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 22 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 22 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 21 2021 23:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2021 23:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2021 23:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14323843 | | EDI: CAPIO.COM | Dec 22 2021 04:08:00 | AC Assetcare, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14323844 | | EDI: CAPIO.COM | Dec 22 2021 04:08:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 14359111 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2021 23:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14310638 | | EDI: IRS.COM | Dec 22 2021 04:08:00 | Internal Revenue Service, 1000 Liberty Ave Rm 713, Pittsburgh, PA 15222-4107 |
| 14310639 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2021 23:06:00 | PNC Mortgage, Att: B6-YM07-01-5, PO Box 1820, Dayton, OH 45401-1820 |
| 14325402 | + | EDI: RECOVERYCORP.COM | Dec 22 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14310640 | + | Email/Text: PFS.Analyst@stclair.org | Dec 21 2021 23:06:00 | St. Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |
| 14323861 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pgh, PA 15203-2348 |
| 14323862 | | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |
| 14323860 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pittsburgh, PA 15203-2348 |
| 14323863 | | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC Passavant, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Firstmerit Bank N.A, S/B/M To First Federal Etal |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14323852 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 16-23958-CMB    Doc 90    Filed 12/23/21    Entered 12/24/21 00:27:16    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 3180W | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Mary Bower Sheats | on behalf of Debtor Edmund W. Lee Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Mary Bower Sheats | on behalf of Joint Debtor Donna L. Lee Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com |

TOTAL: 11