**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EDMUND W. LEE
    DONNA L. LEE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 16-23958

Chapter 13

Related to: Document No. 77

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __21st__ day of __December__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/21/21 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23958-CMB |
| Edmund W. Lee | Chapter 13 |
| Donna L. Lee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edmund W. Lee, Donna L. Lee, 727 Walbridge Street, Pittsburgh, PA 15220-5129 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14359111 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14323845 | + | Collection Service Center, Inc., 689 N Hermitage Rd, Hermitage, PA 16148-3237 |
| 14323846 | | Collectoin Service Center, 689 N Hermitage Rd, Hermitage, PA 16148-3203 |
| 14323847 | | First Merit Bank NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14641292 | + | FirstMerit Bank, NA, S/B/M to First Federal Saving, PNC Mortgage, a Division of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14323848 | | Francis S. Hallinan, Esq., 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14323849 | | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14323850 | | Ohio Valley Hospital, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14323853 | | PNC Mortgag, PO Box 8807, Dayton, OH 45401-8807 |
| 14323851 | | Penn Credit, PO Box 1259, Oaks, PA 19456-1259 |
| 14323856 | | ROI, PO Box 549, Timonium, MD 21094-0549 |
| 14323854 | | Receivables Outsourceing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14323855 | | Rennerdale Volunteer Fire Dept., C/O QMC Collections Dept., PO Box 18210, Pittsburgh, PA 15236-0210 |
| 14323857 | | South Hlls Radiology Associates, PO Box 49, Pittsburgh, PA 15230-0049 |
| 14323858 | | Transworld Systems, Inc., 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 14379899 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14379889 | | UPMC Mercy, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323864 | | UPMC Presbyterian Shadyside, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14379974 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 14323859 | | University of Pittsburgh Physicians, PO Box 62850, Baltimore, MD 21264-2850 |
| 14379895 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2021 23:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2021 23:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14323843 | | Email/Text: bnc-capio@quantum3group.com | Dec 21 2021 23:06:00 | AC Assetcare, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14323844 | | Email/Text: bnc-capio@quantum3group.com | Dec 21 2021 23:06:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, |

Case 16-23958-CMB    Doc 91    Filed 12/23/21    Entered 12/24/21 00:27:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sherman, TX 75090-2481 |
| 14359111 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2021 23:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14310638 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2021 23:06:00 | Internal Revenue Service, 1000 Liberty Ave Rm 713, Pittsburgh, PA 15222-4107 |
| 14310639 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2021 23:06:00 | PNC Mortgage, Att: B6-YM07-01-5, PO Box 1820, Dayton, OH 45401-1820 |
| 14325402 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 23:21:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14310640 | + | Email/Text: PFS.Analyst@stclair.org | Dec 21 2021 23:06:00 | St. Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |
| 14323861 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pgh, PA 15203-2348 |
| 14323862 | | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |
| 14323860 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC, 2 Hot Metal St Dist ROOM386, Pittsburgh, PA 15203-2348 |
| 14323863 | | Email/Text: BankruptcyNotice@upmc.edu | Dec 21 2021 23:06:00 | UPMC Passavant, 2 Hot Metal St Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Firstmerit Bank N.A, S/B/M To First Federal Etal |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14323852 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Mary Bower Sheats
    on behalf of Debtor Edmund W. Lee Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
    on behalf of Joint Debtor Donna L. Lee Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Firstmerit Bank N.A S/B/M To First Federal Etal pawb@fedphe.com

TOTAL: 11